VENABLE LLP
Jonathan L. Ko (SBN 321827)
*jlko@Venable.com*
2049 Century Park East, Suite 3400
Los Angeles, CA 90067
Telephone: (310) 229-9900
Facsimile: (310) 229-9901

VENABLE LLP
Frank C. Cimino, Jr. (*pro hac vice*)
*fccimino@Venable.com*
Megan S. Woodworth (*pro hac vice*)
*mswoodworth@Venable.com*
Jeffri A. Kaminski (*pro hac vice*)
*jakaminski@Venable.com*
600 Massachusetts Avenue, NW
Washington, DC 20001
Telephone: (202) 344-4000
Facsimile: (202) 344-8300

*Attorneys for SAP America, Inc. and SAP SE*

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067
310.229.9900

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

SAP AMERICA, INC.,

Plaintiff,

v.

CORENT TECHNOLOGY, INC.,

Defendant/Counterclaim Plaintiff.

v.

SAP AMERICA, INC. and SAP SE,

Counterclaim Defendants.

Case No. 8:26-cv-00237-JVS-DFM

Honorable James V. Selna

**PLAINTIFF SAP AMERICA, INC.'S AND COUNTERCLAIM DEFENDANT SAP SE'S NOTICE OF MOTION AND MOTION TO DISMISS DEFENDANT CORENT TECHNOLOGY, INC.'S COUNTERCLAIMS**

Judge: Hon. James V. Selna
Date: September 21, 2026
Time: 1:30 p.m.
Courtroom: 10C

**NOTICE OF MOTION AND MOTION TO DISMISS**

TO DEFENDANT AND ITS COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT on September 21, 2026, or as soon thereafter as the matter may be heard before the Honorable James V. Selna in Courtroom 10C of the United States District Court for the Central District of California, located at 411 West Fourth Street, Santa Ana, CA 92701, Plaintiff SAP America, Inc. and Counterclaim Defendant SAP SE (collectively, "SAP") will and hereby do move this Court to dismiss Defendant Corent Technology, Inc.'s Counterclaims for failure to state a claim upon which relief can be granted pursuant to Federal Rule of Civil Procedure 12(b)(6) because Asserted U.S. Patent Nos. 8,326,876, 9,495,372, 10,305,761, 10,320,893, 10,824,591, and 11,019,136, are invalid for claiming an abstract idea that is ineligible for patent protection under 35 U.S.C. § 101. Should the Court decide an oral argument would be helpful, counsel for SAP are available to appear on the date for hearing, September 21, 2026.

This Motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, all pleadings and papers on file in this action, and upon such other and further argument and evidence as may be presented to the Court at or before the hearing on this motion. For the reasons set forth in the attached Memorandum in Support of its Motion, SAP respectfully requests the Court grant the Motion.

This Motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place by video conference on May 26, 2026. Defendant opposes SAP's position that the claims of the Asserted Patents are invalid. Counsel were unable to resolve the issues raised in this Motion.

///

///

///

///

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067
310.229.9900

Dated: July 17, 2026

VENABLE LLP

By: /s/ *Jonathan L. Ko*

Jonathan L. Ko
Frank C. Cimino, Jr. (*pro hac vice*)
Megan S. Woodworth (*pro hac vice*)
Jeffri A. Kaminski (*pro hac vice*)

Attorneys for Plaintiff *SAP AMERICA, INC.* and Counterclaim Defendant *SAP SE*

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067
310.229.9900