# EXHIBIT 1

**Exhibit 1**

Comparison of limitations between U.S. Patent Nos. 11,019,136 and 10,320,893

Reference list:

- ☐ identifying workloads
- ☐ assigning the workloads
- ☐ grouping the workloads
- ☐ generating a map or plan
- ☐ ranking or rendering the map or plan

| 11,019,136 Patent, Claim 1 | 10,320,893 Patent, Claim 1 |
|---|---|
| A method for configuring workloads, comprising: | A system for configuring workloads, comprising: |
| identifying workloads of a non-tenant-aware application and a set of application characteristics for each of the identified workloads; | a scanning engine configured to identify workloads of a non-tenant-aware application and a set of application characteristics for each of the identified workloads using workload rules in a workload partitioner rules database defined by an administrator user; |
| creating a partition of the workloads in reference to a partition application characteristic; | a partitioning engine configured to group the workloads to a smaller set of partitions as a function of common characteristics of workloads in a partition using partition rules in a partition mapper rules database defined by an administrator user; |
| grouping the created partition of the workloads into a plurality of workload sub-partitions as a function of a common workload characteristic; | a mapping engine configured to assign each partition of the workloads to a set of cloud resources as a function of a partition application characteristic and a characteristic of the set of cloud resources, wherein each partition is assigned to a discrete cloud resource using partition rules in the partition mapper rules database as applied to a cloud resource database defined by an administrator user; and |
| assigning each partition of the workloads to a set of cloud resources as a function of the partition application characteristic and a characteristic of the set of cloud resources; | a rendering engine that constructs a migration plan to migrate each of the workloads to the set of cloud resources in accordance with the assigned partitions from the mapping engine; |

| 11,019,136 Patent, Claim 1 | 10,320,893 Patent, Claim 1 |
|---|---|
| constructing a plurality of workload assignment maps to assign to each of the workloads in accordance with the created partition, and | wherein the scanning engine, the partitioning engine, the mapping engine, and the rendering engine comprise stored program instructions embedded in a non-transitory computer readable storage medium, and |
| ranking each one of plurality of workload assignment maps based on a set of rules. | wherein the stored program instructions are executed by a computer processor to execute a function. |