# EXHIBIT 2

**Exhibit 2**

Comparison of limitations between U.S. Patent Nos. 8,326,876, 9,495,372, and 10,824,591

Reference list:

- ▢ concurrent use by first and second tenants
- ▢ no modification of the application or data repository required
- ▢ translator between the application and the data repository
- ▢ translating non-tenant-specific data access command into tenant-specific data access command
- ▢ unique tenant identifier
- ▢ transmitting tenant-specific command(s)

| 8,326,876 Patent, Claim 1 | 9,495,372 Patent, Claim 1 | 10,824,591 Patent, Claim 1 |
|---|---|---|
| A computer implemented system usable by first and second tenants, comprising: | A computer processor implemented system that facilitates concurrent, multi-session use of a non-tenant aware application by first and second tenants to access at least a first non-tenant aware data repository, utilizing unique tenant identifiers obtained from a tenant-aware non-application source, without requiring modification of the non-tenant aware application or the first non-tenant aware data repository, comprising: | A method of facilitating multitenant access to first and second tenant-aware data repositories from a non-tenant-aware application without programmatically modifying the application architecture, wherein at least one of the first and second tenant-aware data repositories are configured to be concurrently accessed by first and second tenants, comprising: |
| a memory; and a processor coupled to the memory, wherein the processor is configured to implement: at least one non-tenant aware data repository; a non-tenant aware application; a data collection module; and | an agile database connector configured to infer unique tenant identifiers from the tenant-aware non-application source, where the agile database connector has: | providing a tenant-aware translator between the non-tenant-aware application and at least one of the first tenant-aware data repository and the second tenant-aware data repository that |

| 8,326,876 Patent, Claim 1 | 9,495,372 Patent, Claim 1 | 10,824,591 Patent, Claim 1 |
|---|---|---|
| an interface module logically disposed between the non-tenant aware application and the at least one data repository, such that the non-tenant aware application is configured to operate in a tenant-aware fashion that accommodates first and second applications invoked by the first and second tenants, respectively, at one time, without requiring modification of either the non-tenant aware data repository or the non-tenant aware application, comprising: | a translator logically disposed between (a) the first non-tenant aware data repository and (b) the application, and configured to translate at least first and second non-tenant specific data access commands received from the application into first and second tenant-specific data access commands, respectively, using the inferred unique tenant identifiers; and | (a) queries a source other than the non-tenant-aware application and the first and second tenant-aware data repositories for a first tenant ID and a second tenant ID, |
| a first input that receives a non-tenant-specific data access command from the non-tenant aware application installed on a computer system while the application is invoked by the first tenant; | a handler separate from the non-application source, the handler logically disposed between (a) the first non-tenant aware data repository and (b) the application, and configured to pass the first and second tenant-specific data access commands to the first data repository, respectively; | (b) receives the first tenant ID and the second tenant ID from the source, and |
| a second input that receives a unique identifier associated with the tenant from a non-application source; | wherein first and second tenant-specific outputs from the first non-tenant aware data repository are forwarded to the application without passing back through the translator and handler, and | (c) translates the first and second non-tenant-aware data repository commands from the first and second tenants, respectively, into first and second tenant-aware data repository commands; |
| a handler that authorizes, through an authorization, whether the non-tenant-specific data access command is translated to a tenant-specific data access command; | wherein the tenant-aware non-application source is external to the non-tenant aware application and the non-tenant aware data repository. | providing a data collection module that executes the first and second tenant-aware data repository commands via a database connector: and |

| 8,326,876 Patent, Claim 1 | 9,495,372 Patent, Claim 1 | 10,824,591 Patent, Claim 1 |
|---|---|---|
| a translator that, upon receipt of the authorization from the handler, translates the non-tenant-specific data access command into the tenant-specific data access command that accesses a first subset of data within the data repository accessible by the data collection module installed on the computer system, wherein the subset of data is associated with the unique identifier of the first tenant; and | | wherein the step of translating the first and second non-tenant-aware data repository commands is a function of the first and second tenant IDs. |
| a first output that transmits at least one of the non-tenant-specific data access command and the tenant-specific data access command to the data collection module as a function of the authorization from the handler, | | |
| wherein the data collection module that upon receipt of the output of the tenant-specific data access command from the interface module, sends the tenant-specific data access command to the at least one data repository, and returns a resulting data set from the at least one data repository to the non-tenant aware application, such that each of the tenants accesses only data to which that tenant is authorized. | | |