**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

SAP AMERICA, INC.,

Plaintiff,

v.

CORENT TECHNOLOGY, INC.,

Defendant/Counterclaim Plaintiff.

v.

SAP AMERICA, INC. and SAP SE,

Counterclaim Defendants.

Case No. 8:26-cv-00237-JVS-DFM

Honorable James V. Selna

**[PROPOSED] ORDER GRANTING PLAINTIFF SAP AMERICA, INC.'S AND COUNTERCLAIM DEFENDANT SAP SE'S MOTION TO DISMISS DEFENDANT CORENT TECHNOLOGY, INC.'S COUNTERCLAIMS**

# [PROPOSED] ORDER

Upon consideration of Plaintiff SAP America, Inc.'s and Counterclaim Defendant SAP SE's Motion to Dismiss Defendant Corent Technology, Inc.'s Counterclaims, the Memorandum of Points and Authorities In Support of Motion to Dismiss, and all other evidence and argument before the Court, it is hereby **ORDERED**:

SAP's Motion to Dismiss Defendant's Counterclaims is **GRANTED**.

**IT IS SO ORDERED**.

Dated: ________________

_______________________________
Hon. James V. Selna
United States District Court Judge