# Appendix 1

# Claim 1 of U.S. Patent No. 9,495,372

[1pre] A computer processor implemented system that facilitates concurrent, multi-session use of a non-tenant aware application by first and second tenants to access at least a first non-tenant aware data repository, utilizing unique tenant identifiers obtained from a tenant-aware non-application source, without requiring modification of the non-tenant aware application or the first non-tenant aware data repository, comprising:

[1a] an agile database connector configured to infer unique tenant identifiers from the tenant-aware non-application source, where the agile database connector has:

[1b] a translator logically disposed between (a) the first non-tenant aware data repository and (b) the application, and configured to translate at least first and second non-tenant specific data access commands received from the application into first and second tenant-specific data access commands, respectively, using the inferred unique tenant identifiers; and

[1c] a handler separate from the non-application source, the handler logically disposed between (a) the first non-tenant aware data repository and (b) the application, and configured to pass the first and second tenant-specific data access commands to the first data repository, respectively;

[1d] wherein first and second tenant-specific outputs from the first non-tenant aware data repository are forwarded to the application without passing back through the translator and handler, and

[1e] wherein the tenant-aware non-application source is external to the non-tenant aware application and the non-tenant aware data repository.

**Claim 1 of U.S. Patent No. 8,326,876**

[1pre] A computer implemented system usable by first and second tenants, comprising:

[1a] a memory; and

[1b] a processor coupled to the memory, wherein the processor is configured to implement:

[1c] at least one non-tenant aware data repository;

[1d] a non-tenant aware application;

[1e] a data collection module; and

[1f] an interface module logically disposed between the non-tenant aware application and the at least one data repository, such that the non-tenant aware application is configured to operate in a tenant-aware fashion that accommodates first and second applications invoked by the first and second tenants, respectively, at one time, without requiring modification of either the non-tenant aware data repository or the non-tenant aware application, comprising:

[1g] a first input that receives a non-tenant-specific data access command from the non-tenant aware application installed on a computer system while the application is invoked by the first tenant;

[1h] a second input that receives a unique identifier associated with the tenant from a non-application source;

[1i] a handler that authorizes, through an authorization, whether the non-tenant-specific data access command is translated to a tenant-specific data access command;

[1j] a translator that, upon receipt of the authorization from the handler, translates the non-tenant-specific data access command into the tenant-specific data access command that accesses a first subset of data within the data repository accessible by the data collection module installed on the computer system, wherein the subset of data is associated with the unique identifier of the first tenant; and

[1k] a first output that transmits at least one of the non-tenant-specific data access command and the tenant-specific data access command to the data collection module as a function of the authorization from the handler,

[1l] wherein the data collection module that upon receipt of the output of the tenant-specific data access command from the interface module, sends the tenant-specific data access command to the at least one data repository, and returns a resulting data set from the at least one data repository to the non-tenant aware application, such that each of the tenants accesses only data to which that tenant is authorized.

# Claim 1 of U.S. Patent No. 10,824,591

[1pre] A method of facilitating multitenant access to first and second tenant-aware data repositories from a non-tenant-aware application without programmatically modifying the application architecture, wherein at least one of the first and second tenant-aware data repositories are configured to be concurrently accessed by first and second tenants, comprising:

[1a] providing a tenant-aware translator between the non-tenant-aware application and at least one of the first tenant-aware data repository and the second tenant-aware data repository that

[1a][i] (a) queries a source other than the non-tenant-aware application and the first and second tenant-aware data repositories for a first tenant ID and a second tenant ID,

[1a][ii] (b) receives the first tenant ID and the second tenant ID from the source, and

[1a][iii] (c) translates the first and second non-tenant-aware data repository commands from the first and second tenants, respectively, into first and second tenant-aware data repository commands;

[1b] providing a data collection module that executes the first and second tenant-aware data repository commands via a database connector: and

[1c] wherein the step of translating the first and second non-tenant-aware data repository commands is a function of the first and second tenant IDs.

**Claim 1 of U.S. Patent No. 11,019,136**

[1pre] A method for configuring workloads, comprising:

[1a] identifying workloads of a non-tenant-aware application and a set of application characteristics for each of the identified workloads;

[1b] creating a partition of the workloads in reference to a partition application characteristic;

[1c] grouping the created partition of the workloads into a plurality of workload sub-partitions as a function of a common workload characteristic;

[1d] assigning each partition of the workloads to a set of cloud resources as a function of the partition application characteristic and a characteristic of the set of cloud resources;

[1e] constructing a plurality of workload assignment maps to assign to each of the workloads in accordance with the created partition, and

[1f] ranking each one of plurality of workload assignment maps based on a set of rules.

**Claim 1 of U.S. Patent No. 10,320,893**

[1pre] A system for configuring workloads, comprising:

[1a] a scanning engine configured to identify workloads of a non-tenant-aware application and a set of application characteristics for each of the identified workloads using workload rules in a workload partitioner rules database defined by an administrator user;

[1b] a partitioning engine configured to group the workloads to a smaller set of partitions as a function of common characteristics of workloads in a partition using partition rules in a partition mapper rules database defined by an administrator user;

[1c] a mapping engine configured to assign each partition of the workloads to a set of cloud resources as a function of a partition application characteristic and a characteristic of the set of cloud resources, wherein each partition is assigned to a discrete cloud resource using partition rules in the partition mapper rules database as applied to a cloud resource database defined by an administrator user; and

[1d] a rendering engine that constructs a migration plan to migrate each of the workloads to the set of cloud resources in accordance with the assigned partitions from the mapping engine;

[1e] wherein the scanning engine, the partitioning engine, the mapping engine, and the rendering engine comprise stored program instructions embedded in a non-transitory computer readable storage medium, and

[1f] wherein the stored program instructions are executed by a computer processor to execute a function.

**Claim 1 of U.S. Patent No. 10,305,761**

[1pre] A system for measuring a usage event of at least one computer resource within a multi-tenant system, comprising:

[1a] a metering engine configured to monitor a plurality of data streams generated by monitored events of the multi-tenant system;

[1b] an identity engine configured to identify a first user who initiated an event captured by a portion of the plurality of data streams from a group of users as first user instances uniquely mapped to the first user;

[1c] a bucket aggregator configured to aggregate activity from the first user instances to create a total activity aggregate of the first user comprising monitored events;

[1d] a subscription engine configured to generate a summary of the total activity aggregate of the first user and a total activity aggregate of all instances that belong to a same zone as the first user;

[1e] a rendering engine that presents a representation of the generated summary of the total activity aggregate of the first user and the total activity aggregate of all instances that belong to a same zone as the first user to a user interface;

[1f] wherein the metering engine, the identity engine, the bucket aggregator, the subscription engine, and the rendering engine comprise stored program instructions embedded in a non-transitory computer readable storage medium, and

[1g] wherein the stored program instructions are executed by a computer processor to execute a function.